

Jason L. Haas (SBN 217290)
  jhaas@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Plaintiff HUG SLEEP, INC.,

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUG SLEEP, INC., | Case No. |
| Plaintiff, | |
| v. | **COMPLAINT FOR PATENT INFRINGEMENT** |
| MARTX LLC, | |
| Defendant. | |

Plaintiff, Hug Sleep, Inc. ("Hug Sleep"), for its complaint against Defendant, MartX LLC ("MartX"), alleges the following:

### Parties

1.     Plaintiff Hug Sleep is a Delaware corporation with its principal place of business at 17145 W Bluemound Rd STE J-168, Brookfield, Wisconsin 53005.

2.     Among other things, Hug Sleep is engaged in the business of manufacturing and selling compression sleep products, including, but not limited to, the "Sleep Pod" adult swaddle.  Hug Sleep is the assignee and current owner of the asserted patent.

3.     Upon information and belief, Defendant MartX is a Delaware limited liability company with its principal place of business at 610 S. Jefferson St., Placentia, California 92870.

91000.633:10110147.1

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

**Nature of Action**

4.     This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 100 *et seq*.

5.     Hug Sleep is the owner of all right, title and interest in U.S. Patent 10,463,179 (the '179 patent) entitled "Body compression sleepwear". A copy of this patent is attached as Exhibit A.

**Jurisdiction and Venue**

6.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.     Upon information and belief, MartX regularly conducts business at a physical facility in this District and has sold and/or offered for sale products that infringe the '179 patent in this District. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).

**Background Facts**

8.     Hug Sleep is a leader in the compression sleep industry, providing novel swaddle products for applying deep touch pressure therapy.

9.     Hug Sleep developed a product for applying deep touch pressure therapy using an adult swaddle product.  Generally speaking, the product includes a body portion and a neck portion. The body portion includes a first body sheet and a second body sheet that are sewn to each other at an outer perimeter. The neck portion includes a first neck sheet and a second neck sheet that are sewn to each other to form the neck portion and an entrance opening. The neck portion is sewn to the body portion. The material of the body portion and the neck portion is stretchable and has a memory to return to its original un-stretched length.

10.     In use, the user inserts their legs and arms through the neck portion and places their body into the body pocket. The size of the compressive sleepwear is smaller than the user to exert compressive force on the outer surface of the user. *See, e.g.*, Figs. 1 and 4 from the '179 patent.



**Fig. 1**



**Fig. 4**

## COMPARISON OF EXEMPLARY CLAIM TO EXEMPLARY ACCUSED PRODUCT

### Claim 1 of the '179 Patent

11.    Claim 1 of the '179 patent is directed to body compression sleepwear.

12.    MartX manufactures, sells and/or offers to sell a body compression product that is advertised as "ChillPajama" and "HugPajama." Below are screenshots from MartX's website.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

 

13.    Claim 1 requires that the body compression sleepwear have a first body side sheet having a first body portion and a first neck portion extending from said first body portion. The claim elements are embodied within MartX's ChillPajama, as shown below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4



14.    Claim 1 further requires a second body side sheet having a second body portion and a second neck portion extending from said second body portion. The claim elements are embodied within MartX's ChillPajama, as shown below.



15.    Claim 1 further requires a perimeter of said first body portion is permanently attached to a perimeter of said second body portion such that a body pocket and a body portion are formed between said first and second body portions. These elements are satisfied by the first body portion and second body portion being sewn together to form a body pocket, as shown below.

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21    16.    Claim 1 further requires the first and second neck portions are

22    permanently attached to each other to form an entrance opening and a neck portion.

23    These elements are satisfied by the first neck portion and second neck portion being

24    sewn together to form an entrance opening, as shown below.

25    / / /

26    / / /

27    / / /

28    / / /

ERVIN COHEN & JESSUP LLP



17.    Claim 1 further requires the entrance opening communicates with said body pocket. These elements are satisfied by the body portion and neck portion being sewn together, as shown below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ERVIN COHEN & JESSUP LLP





18.    Claim 1 further requires said body portion and said neck portion are fabricated from a stretchable material with memory. These elements are satisfied by MartX's ChillPajama which is made of "Semi-synthetic rayon" and "a combination of Polyester and Rayon," as advertised below. Semi-synthetic rayon is a stretchable material with memory.

/ / /

/ / /

/ / /

/ / /



19.    Claim 1 further requires said body compression sleepwear includes an unstretched configuration and a stretched configuration, a length and width of said body compression sleepwear is greater in said stretched configuration than in said unstretched configuration. These elements are satisfied by MartX's ChillPajama which is made of a stretchable material that expands when stretched, as shown below.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



20.    Claim 1 further requires a length and width of the body compression sleepwear is configured to be less than a width and length of a user in said unstretched configuration, a width of the neck portion is configured to be less than a width of the user. These elements are satisfied by MartX's ChillPajama which is made of a stretchable material which expands when worn by the user, as shown below. The dimensions of an unstretched "Large" sized ChillPajama is approximately 68 inches by 19 inches which is less than the width and length of a user. The neck portion has a width of 19 inches which is less than a width of a user.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT FOR PATENT INFRINGEMENT

ERVIN COHEN & JESSUP LLP

1
2
3
4
5
6
7
8
9
10
11



12    21.    Claim 1 further requires said entrance opening configured to receive a
13  user's arms and legs therethough. These elements are satisfied by MartX's
14  ChillPajama which is worn by receiving the user's arms and legs through the
15  entrance opening of the neck portion, as shown below.

16
17
18
19




20
21
22
23
24
25
26  / / /
27  / / /
28  / / /

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT I:

## Infringement of the '179 Patent

22.    Hug Sleep restates and incorporates by reference the allegations in the preceding paragraphs.

23.    MartX manufactures, uses, offers to sell, and/or sells sleep compression products that infringe the '179 patent in violation of 35 U.S.C. § 271(a), including the sleep compression product shown below.



24.    MartX has manufactured, used, sold and offered to sell a sleep compression product (the "MartX product"), shown below, which infringes the '179 patent either literally or under the doctrine of equivalents.

ERVIN COHEN & JESSUP LLP

25.    MartX has directly infringed and continues to infringe the '179 patent through the use, manufacture, sale, and offer for sale of the MartX product.

26.    MartX was aware of the '179 patent prior to the filing of this lawsuit.

27.    Upon information and belief, MartX has been and is willfully infringing the '179 patent.

28.    It is believed that MartX will continue to manufacture, use, sell, and/or offer for sale the MartX product unless enjoined from doing so, causing Hug Sleep irreparable harm.

29.    MartX's conduct shows a lack of the required duty to avoid infringement of the '179 patent such that this is an exceptional case; therefore, Hug Sleep should be awarded its reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

30.    Pursuant to 35 U.S.C. § 284, Hug Sleep is entitled to enhanced damages for infringement of the '179 patent by MartX, up to treble damages.

31.    Pursuant to 35 U.S.C. § 283, Hug Sleep is entitled to a preliminary and permanent injunction against further infringement of the '179 patent by MartX.

## **Request for Relief**

WHEREFORE, Plaintiff Hug Sleep Inc. demands that judgment be entered in its favor and against Defendant MartX LLC as follows:

A.    Adjudging that MartX has willfully infringed U.S. Patent 10,463,179;

B.    Preliminarily and permanently enjoining MartX from infringing U.S. Patent 10,463,179;

C.    Awarding Hug Sleep its damages, together with prejudgment interest, caused by MartX's infringement;

D.    Granting such other and further relief as the Court may deem appropriate.

/ / /

/ / /

/ / /

**Jury Demand**

Plaintiff Hug Sleep, Inc. demands a jury trial for all factual issues not admitted by the Defendants.

Respectfully submitted,

DATED:  January 15, 2021          Ervin Cohen & Jessup LLP

By: _Jason L. Haas_ _____
Jason L. Haas
Attorneys for Hug Sleep, Inc.

Counsel to be Added Pro Hac Vice[1]

Sarah M. Wong
Michael T. Griggs
Boyle Fredrickson S.C.
840 N. Plankinton Avenue
Milwaukee, WI  53203
Telephone:  414-225-9755
Facsimile:  414-225-9753

---

[1] Pro hac vice applications will be submitted once the necessary certificates of good standing have been obtained.

COMPLAINT FOR PATENT INFRINGEMENT

ERVIN COHEN & JESSUP LLP

# EXHIBIT A

US010463179B1

(12) **United States Patent**
Mundt

(10) Patent No.: **US 10,463,179 B1**
(45) Date of Patent: **Nov. 5, 2019**

(54) **BODY COMPRESSION SLEEPWEAR**

(71) Applicant: **Matthew J. Mundt**, Brookfield, WI (US)

(72) Inventor: **Matthew J. Mundt**, Brookfield, WI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/297,768**

(22) Filed: **Mar. 11, 2019**

(51) **Int. Cl.**
*A47G 9/08* (2006.01)
*A61M 21/02* (2006.01)
*A41B 13/06* (2006.01)
*A61M 21/00* (2006.01)

(52) **U.S. Cl.**
CPC ............... *A47G 9/08* (2013.01); *A41B 13/06* (2013.01); *A41B 13/065* (2013.01); *A47G 9/083* (2013.01); *A61M 21/02* (2013.01); *A61H 2201/165* (2013.01); *A61M 2021/0022* (2013.01)

(58) **Field of Classification Search**
CPC ............ A47G 9/00; A47G 9/08; A47G 9/083; A47G 9/086; A61M 21/02; A61M 2021/0022; A61H 2201/165; A41B 13/06; A41B 13/065
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,008,919 A * | 7/1935 | Milkes | ................... | A41B 13/06 2/69 |
| 2,242,130 A * | 5/1941 | Hutchison | ............... | A47G 9/066 2/69.5 |
| 2,431,603 A * | 11/1947 | Zito | ....................... | A41B 13/06 2/114 |
| 2,478,765 A * | 8/1949 | Kim | ........................ | A41D 7/00 126/204 |
| 2,707,988 A * | 5/1955 | Shaub | .................... | B62B 9/142 2/69.5 |
| 3,597,764 A * | 8/1971 | Povey | ................... | A41D 15/04 2/69.5 |
| 3,842,454 A * | 10/1974 | Young | ................... | A47G 9/086 119/28.5 |
| 4,888,828 A | 12/1989 | Tatsuno | | |
| 4,894,878 A * | 1/1990 | Roach | ................... | A47G 9/086 2/272 |
| 5,283,909 A * | 2/1994 | Hill | ................... | A47G 9/066 2/22 |

(Continued)

FOREIGN PATENT DOCUMENTS

WO    WO-2007098558 A1 *    9/2007    ........... A41B 13/005

*Primary Examiner* — David R Hare
(74) *Attorney, Agent, or Firm* — Donald J. Ersler

(57) **ABSTRACT**

Body compression sleepwear preferably includes a body portion and a neck portion. The body portion includes a first body sheet and a second body sheet. An outer perimeter of the first and second body sheets are sewn to each other with the exception of a straight end. The neck portion includes a first neck sheet and a second neck sheet. Opposing ends of the first and second neck sheets are sewn to each other to form the neck portion and an entrance opening. The neck portion is sewn to the straight end. The material of the body portion and the neck portion is preferably fabricated from a combination Polyester and Lycra fabric. The size of the compressive sleepwear is smaller than the user to exert compressive force on the outer surface of the user. The user inserts their legs and arms through the neck portion and into the body pocket.

**19 Claims, 5 Drawing Sheets**





EXHIBIT A

# US 10,463,179 B1

Page 2

---

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,437,061 A * | 8/1995 | Kenner | A41D 3/08 |
| | | | 2/69 |
| 5,515,559 A * | 5/1996 | Benson | A47G 9/1045 |
| | | | 428/16 |
| 6,393,612 B1 * | 5/2002 | Thach | A41B 13/065 |
| | | | 2/69.5 |
| 8,191,189 B1 * | 6/2012 | Spell | A47G 9/083 |
| | | | 5/494 |
| 8,464,374 B1 * | 6/2013 | Thayer | A47G 9/08 |
| | | | 2/69 |
| 8,607,364 B2 * | 12/2013 | Barski | A41B 13/06 |
| | | | 2/111 |
| 8,622,943 B2 | 1/2014 | Ben-Nun | |
| 10,104,916 B2 * | 10/2018 | Barski | A41B 13/06 |
| 2004/0237192 A1 * | 12/2004 | Holub | A47G 9/086 |
| | | | 5/413 R |
| 2007/0061968 A1 * | 3/2007 | Fader | A47D 15/008 |
| | | | 5/494 |
| 2007/0226903 A1 * | 10/2007 | Paul | A47G 9/086 |
| | | | 5/413 R |
| 2009/0282599 A1 * | 11/2009 | Comerford | A41B 13/06 |
| | | | 2/69.5 |
| 2010/0257654 A1 * | 10/2010 | Waters | A41B 13/06 |
| | | | 2/69.5 |
| 2011/0107502 A1 | 5/2011 | Dalhausser et al. | |
| 2013/0227786 A1 * | 9/2013 | Sack | A41B 13/06 |
| | | | 5/494 |
| 2017/0065843 A1 | 3/2017 | Foster | |
| 2018/0103689 A1 * | 4/2018 | DeLisa | A41B 13/06 |

* cited by examiner



**Fig. 1**



Fig. 2



**Fig. 3**



**Fig. 3a**



**Fig. 4**

US 10,463,179 B1

**1**

# BODY COMPRESSION SLEEPWEAR

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates generally to sleeping garments and more specifically to body compression sleepwear, which promotes restful sleep.

### 2. Discussion of the Prior Art

Weighted blankets are capable of applying compressive forces to a top and bottom of a user's body, but are also very heavy and expensive. The weighted blankets are not really machine washable and may overheat the user during use. There are also fabric bags, which a user may slip into, but do not provide compressive forces to the outside surface of the body. U.S. Pat. No. 8,622,943 to Ben-Nun discloses a compression bag. Patent publication no. 2017/0065843 to Foster discloses a restriction compression weighted therapy suit. Patent publication no. 2011/0107502 to Dalhausser et al. discloses training and recovery clothing and related methods. U.S. Pat. No. 4,888,828 to Tatsuno discloses a sleeping bag device.

Accordingly, there is a clearly felt need in the art for body compression sleepwear, which applies compressive forces to the outside surface of a user's body; replicates being tightly wrapped in a swaddling garment like a baby; is lightweight; promotes restful sleep; and promotes a side sleeping position.

## SUMMARY OF THE INVENTION

The present invention provides body compression sleepwear, which applies compressive forces to the outside surface of a user's body. The body compression sleepwear preferably includes a body portion and a neck portion. The body portion includes a first body sheet and a second body sheet. The first and second body sheets include a substantially oval shape, terminated by a straight end. An outer perimeter of the first and second body sheets are sewn to each other with the exception of the straight end to form a body pocket. The neck portion includes a first neck sheet and a second neck sheet. The first and second neck sheets include a rectangular shape and are folded over to form a double wall. Opposing ends of the first and second neck sheets are sewn to each other to form the neck portion and an entrance opening. A bottom of the neck portion is sewn to the straight end. A length of the neck portion is preferably about 15 percent of a length of the body portion. A width of the neck portion is preferably about 60 percent of a width of the body portion. The material of the body portion and the neck portion is preferably fabricated from a combination Polyester and Lycra fabric for stretch and memory. The size of the compressive sleepwear is smaller than the user to exert compressive force on the outer surface of the body of the user. The user inserts their legs and arms through the neck portion and into the body pocket. A head of a user is retained outside the neck portion. The user may keep their arms inside the body portion or extend a portion of one or two arms outside the neck portion. It is preferable that the user at least partially bend their legs when in the body pocket, similar to a fetal position of a baby.

Accordingly, it is an object of the present invention to provide compression sleepwear, which applies compressive forces to the outside surface of a user's body.

**2**

It is further object of the present invention to provide body compression sleepwear, which replicates being tightly wrapped in a swaddling garment like a baby.

It is another object of the present invention to provide body compression sleepwear, which is lightweight.

It is yet a further object of the present invention to provide body compression sleepwear, which promotes restful sleep.

Finally, it is another object of the present invention to provide body compression sleepwear, which promotes a side sleeping position.

These and additional objects, advantages, features and benefits of the present invention will become apparent from the following specification.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front view of body compression sleepwear in accordance with the present invention.

FIG. **2** is a cross sectional view of body compression sleepwear cut through FIG. **1** and a thickness slightly increased for illustration purposes in accordance with the present invention.

FIG. **3** is a front exploded view of a first or second neck sheet and a first or second body sheet, before sewing of body compression sleepwear in accordance with the present invention.

FIG. **3***a* is a front view of a first body side sheet or a second body side body sheet, before sewing of body compression sleepwear in accordance with the present invention.

FIG. **4** is a top view of a user contained inside compression sleepwear in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference now to the drawings, and particularly to FIG. **1**, there is shown a front view of body compression sleepwear **1**. The body compression sleepwear **1** preferably includes a body portion **10** and a neck portion **12**. With reference to FIGS. **2**-**3**, the body portion **10** includes a first body sheet **14** and a second body sheet **16**. The first and second body sheets **14**, **16** include a substantially oval shape **18**, terminated by a straight end **20**. An outer perimeter of the first and second body sheets **14**, **16** are preferably sewn to each other, but could be attached to each other with any suitable process with the exception of the straight end to form a body pocket **22**. The neck portion **12** includes a first neck sheet **24** and a second neck sheet **26**. The first and second neck sheets **24**, **26** include a rectangular shape and are folded over to form a double wall. Opposing ends of the first and second neck sheets **24**, **26** are preferably sewn to each other, but could be attached to each other with any suitable process to form the neck portion **12** and an entrance opening **28**. A bottom of the first neck sheet **14** is preferably sewn to the straight end **20** of the first body sheet **14**, but could be attached to the straight end **20** with any suitable process and a bottom of the second neck sheet **16** is preferably sewn to the straight end **20** of the second body sheet **16**.

With reference to FIG. **3***a*, a first or second body side sheet **15**, **17** is shown. The first or second body side sheet **15**, **17** include a body portion **21** and a neck portion **23** that extends from the body portion **21**. The neck portion is folded over to line **25** to create a double wall. A perimeter of the first and second body side sheets **15**, **17** are preferably sewn to each other, but could be attached to each other with any suitable process. A top of the neck portion **23** of the first and

US 10,463,179 B1

3

second body sides **15**, **17** are sewn or attached to each other to form the entrance opening **28**. A length "A" of the neck portion **12** is preferably about 15 percent of a length "B" of the body portion **10**. A width "C" of the neck portion **12** is preferably about 60 percent of a width "D" of the body portion **10**. The material of the body portion **10** and the neck portion **12** is preferably fabricated from a combination Polyester and Lycra fabric. The preferable percentage of Lycra is about 11% and the preferable percentage of Polyester is about 89%. However, other preferable percentages are about Polyester 95% and Lycra 5%; about Polyester 92% and Lycra 8%; about Polyester 90% and Lycra 10%; about Polyester 87% and Lycra 13%; about Polyester 85% and Lycra 15%; and about Polyester 82% and Lycra 18%. The Polyester and Lycra combination provide a material that is stretchable and has memory to return to its original un-stretched length.

With reference to FIG. **4**, a width and length of the body compression sleepwear **1** is smaller than a width and length of a user **100** to exert compressive force on the outer surface of the body of the user **100**. The user **100** inserts their legs **102** and arms **104** through the entrance opening **28** and into the body pocket **22**. A head **106** of a user **100** is not retained inside the neck portion. The user **100** may keep their arms **104** inside the body cavity **22** or extend a portion of one or two arms **104** outside the neck portion **12**. It is preferable that the user **100** at least partially bend their legs **106** when in the body pocket **22**, similar to a fetal position of a baby.

While particular embodiments of the invention have been shown and described, it will be obvious to those skilled in the art that changes and modifications may be made without departing from the invention in its broader aspects, and therefore, the aim in the appended claims is to cover all such changes and modifications as fall within the true spirit and scope of the invention.

I claim:

**1**. Body compression sleepwear comprising:
a first body side sheet having a first body portion and a first neck portion extending from said first body portion; and
a second body side sheet having a second body portion and a second neck portion extending from said second body portion, a perimeter of said first body portion is permanently attached to a perimeter of said second body portion such that a body pocket and a body portion are formed between said first and second body portions, said first and second neck portions are permanently attached to each other to form an entrance opening and a neck portion, said entrance opening communicates with said body pocket, said body portion and said neck portion are fabricated from a stretchable material with memory, said body compression sleepwear includes an unstretched configuration and a stretched configuration, a length and width of said body compression sleepwear is greater in said stretched configuration than in said unstretched configuration, wherein a length and width of the body compression sleepwear is configured to be less than a width and length of a user in said unstretched configuration, a width of the neck portion is configured to be less than a width of the user, and said entrance opening configured to receive a user's arms and legs therethrough.

**2**. The body compression sleepwear of claim **1** wherein: said first neck portion is folded over to form a first double wall, said second neck portion is folded over to form a second double wall.

4

**3**. The body compression sleepwear of claim **1** wherein: a length of said neck portion is about 15 percent of a length of said body portion.

**4**. The body compression sleepwear of claim **1** wherein: a width of said neck portion is about 60 percent of a width of said body portion.

**5**. The body compression sleepwear of claim **1** wherein: said stretchable material is fabricated from a combination of Polyester and Lycra.

**6**. The body compression sleepwear of claim **1** wherein: said stretchable material is composed of about 89 percent Polyester and about 11 percent Lycra.

**7**. The body compression sleepwear of claim **1** wherein: opposing sides of said neck portion are parallel to each other.

**8**. Body compression sleepwear comprising:
a body portion includes a first body sheet and a second body sheet, a straight end is formed on the first and second body sheets, a perimeter of the first and second body sheets are permanently attached to each other to form a body pocket; and
a neck portion having a first neck sheet and a second neck sheet, opposing ends of said first and second neck sheet are permanently attached to each other to form an entrance opening, a bottom end of said first and second neck sheets are attached to said straight end of said first and second body sheets, said entrance opening communicates with said body pocket, said body portion and said neck portion are fabricated from a stretchable material with memory, said body compression sleepwear includes an unstretched configuration and a stretched configuration, a length and width of said body compression sleepwear is greater in said stretched configuration than in said unstretched configuration, wherein a length and width of the body compression sleepwear is configured to be less than a width and length of a user in said unstretched configuration, a width of the neck portion is configured to be less than a width of the user, and said entrance opening configured to receive a user's arms and legs therethrough.

**9**. The body compression sleepwear of claim **8** wherein: a length of said neck portion is about 15 percent of a length of said body portion.

**10**. The body compression sleepwear of claim **8** wherein: a width of said neck portion is about 60 percent of a width of said body portion.

**11**. The body compression sleepwear of claim **8** wherein: said stretchable material is fabricated from a combination of Polyester and Lycra.

**12**. The body compression sleepwear of claim **8** wherein: said stretchable material is composed of about 89 percent Polyester and about 11 percent Lycra.

**13**. The body compression sleepwear of claim **8** wherein: opposing sides of said neck portion are parallel to each other.

**14**. Body compression sleepwear comprising:
a body portion includes a first body sheet and a second body sheet, a straight end is formed on the first and second body sheets, a perimeter of the first and second body sheets are permanently attached to each other to form a body pocket; and
a neck portion having a first neck sheet and a second neck sheet, said first neck sheet is folded over to form a first double wall, said second neck sheet is folded over to form a second double wall, opposing ends of said first and second neck sheet are permanently attached to each other to form an entrance opening, a bottom end of said first and second neck sheets are attached to said straight

US 10,463,179 B1

5

6

end of said first and second body sheets, said entrance opening communicates with said body pocket, said body portion and said neck portion are fabricated from a stretchable material with memory, said body compression sleepwear includes an unstretched configuration and a stretched configuration, a length and width of said body compression sleepwear is greater in said stretched configuration than in said unstretched configuration, wherein a length and width of the body compression sleepwear is configured to be less than a width and length of a user in said unstretched configuration, a width of the neck portion is configured to be less than a width of the user, and said entrance opening configured to receive a user's arms and legs therethough.

**15**. The body compression sleepwear of claim **14** wherein: a length of said neck portion is about 15 percent of a length of said body portion.

**16**. The body compression sleepwear of claim **14** wherein: a width of said neck portion is about 60 percent of a width of said body portion.

**17**. The body compression sleepwear of claim **14** wherein: said stretchable material is fabricated from a combination of Polyester and Lycra.

**18**. The body compression sleepwear of claim **12** wherein: said stretchable material is composed of about 89 percent Polyester and about 11 percent Lycra.

**19**. The body compression sleepwear of claim **14** wherein: opposing sides of said neck portion are parallel to each other.

\*   \*   \*   \*   \*